# Exhibit 11



November 07, 2024

**Via E-Mail**

Thomas Yates
Direct +1 613 783 8802
Thomas.Yates@gowlingwlg.com
File no. 259964-T1036458

Case Management Team
Office of the Secretariat of the ICC International
Court of Arbitration
SICANA, Inc.
140 East 45th Street, Suite 14C
New York, NY 10017
USA

**Attention:    Mr. Paul Di Pietro**

Dear Case Management Team:

**Re:  NorthStar Earth & Space Inc. v Spire Global Subsidiary Inc. (ICC Ref. 28959/PDP)**

We refer to the Secretariat's letter dated November 1, 2024, *inter alia* acknowledging receipt of the Respondent's (Spire Global Subsidiary Inc. (**Spire**)) Answer and Counterclaim in response to the Claimant's (NorthStar Earth & Space Inc. (**NorthStar**)) Request for Arbitration.

The Secretariat's letter also requested that the Respondent provide a quantification or an estimate of the monetary value of its claims set out in its Counterclaim.

The quantification of the monetary value of the Respondent's claims is set out at paragraph 90 of its Counterclaim.

Without prejudice to paragraph 92 of the Answer and Counterclaim and without prejudice to the Respondent's rights to set aside or vary the Interlocutory Injunction (as defined in the Answer and Counterclaim), which, in part, is giving rise to the Respondent's loss and damage, the Respondent's current best estimate of its likely loss and damage is US$6,158,733.16 excluding interest, legal costs and arbitration costs.

Gowling WLG (Canada) LLP
Suite 2600, 160 Elgin Street
Ottawa ON  K1P 1C3 Canada

T +1 613 233 1781
F +1 613 563 9869
gowlingwlg.com

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world. Our structure is explained in more detail at gowlingwlg.com/legal.



Sincerely,

Gowling WLG (Canada) LLP

Thomas Yates

    cc: Counsel for the Claimant