

Sylvia E. Simson
T +1 212.801.9275
sylvia.simson@gtlaw.com

April 30, 2025

**VIA ECF**

Hon. Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Spire Global Subsidiary, Inc. v. NorthStar Earth & Space, Inc.*, Case No. 1:24-cv-08434-JHR-SLC (S.D.N.Y.)—Joint Report on the Status of Arbitration

Dear Judge Cave:

    We represent Defendant NorthStar Earth & Space Inc. ("NorthStar") in the above-captioned matter. Pursuant to Your Honor's Opinion and Order (ECF No. 38) ("Order") compelling Plaintiff Spire Global Subsidiary, Inc. ("Spire") to arbitrate the disputes raised in its motion for summary judgment in lieu of complaint, we write on behalf of both NorthStar and Spire to report to the Court on the status of arbitration. To date, Spire's objection (ECF No. 40) to the Order remains pending before Judge Rearden, and Spire has not yet formally sought to arbitrate the disputes referenced in the Order.

    With respect to the arbitration that NorthStar initiated against Spire on September 20, 2024, NorthStar filed its Memorial of the Claimant on April 28, 2025. Spire's Memorial of Defence and Counterclaim is due on June 30, 2025. The arbitration hearing has been scheduled for January 2026.

    We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                      */s/ Sylvia E. Simson*

                                    Sylvia E. Simson

cc:    All Counsel of Record (*via ECF*)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200