**GT GreenbergTraurig**

Sylvia E. Simson
T +1 212.801.9275
sylvia.simson@gtlaw.com

November 3, 2025

**VIA ECF**

Hon. Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Spire Global Subsidiary, Inc. v. NorthStar Earth & Space, Inc.*, Case No. 1:24-cv-08434-JHR-SLC (S.D.N.Y.)—Fourth Joint Report on the Status of Arbitration

Dear Judge Cave:

We represent Defendant NorthStar Earth & Space Inc. ("NorthStar") in the above-captioned matter. Pursuant to Your Honor's Opinion and Order (ECF No. 38) ("Order") compelling Plaintiff Spire Global Subsidiary, Inc. ("Spire") to arbitrate the disputes raised in its motion for summary judgment in lieu of complaint, we write on behalf of both NorthStar and Spire to report to the Court on the status of arbitration. To date, Spire's objection (ECF No. 40) to the Order remains pending before Judge Rearden, and Spire has not yet formally sought to arbitrate the disputes referenced in the Order.

With respect to the arbitration that NorthStar initiated against Spire on September 20, 2024, NorthStar filed its Memorial of the Claimant on April 28, 2025, Spire filed its Memorial of Defence and Counterclaim on July 1, 2025, and NorthStar filed its Memorial in Reply on October 7, 2025. Upon application by Spire for an extension of time of the proceedings, a case management conference was held on October 22, 2025. On October 23, 2025, the arbitral tribunal entered a procedural order pursuant to which Spire's Memorial of Rebuttal and NorthStar's Memorial of Rejoinder are now due November 17, 2025 and December 8, 2025, respectively. The arbitral tribunal's order also confirmed that the arbitration hearing will start on January 19, 2026, as originally scheduled.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Sylvia E. Simson*

Sylvia E. Simson

cc: All Counsel of Record (*via ECF*)