UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIRE GLOBAL SUBSIDIARY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> NORTHSTAR EARTH & SPACE INC., <br><br> Defendant. | Case No. 1:24-cv-08434-JHR-SLC |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S
### OBJECTION TO MAGISTRATE'S OPINION AND ORDER

**PLEASE TAKE NOTICE** that Plaintiff Spire Global Subsidiary, Inc. ("Spire") hereby withdraws its objection [ECF 40] (the "Objection") pursuant to Fed. R. Civ. P. 72(a) to the Magistrate's Opinion and Order ("Order"), which granted the Motion of Defendant NorthStar Earth & Space, Inc. ("NorthStar") to Compel International Arbitration and to Stay This Case. As noted in the most recent joint report on the status of the arbitration [ECF 46], the arbitration hearing will start on January 19, 2026. In order to ensure that its claim under the promissory note is timely heard and resolved, Spire has consented to the arbitral tribunal's jurisdiction over the promissory note claim. NorthStar has consented to the promissory note claim being heard in the pending arbitration, and the parties have agreed to not pursue any extension of the arbitration hearing date for any reason relating to the promissory note claim. As such, the Objection is now moot. Both Spire and NorthStar otherwise reserve all rights, arguments, claims and defenses.

| | |
|---|---|
| Dated: December 5, 2025<br>New York, New York | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>By: */s/ Brian P. Morgan*<br>     Brian P. Morgan<br><br>Brian P. Morgan<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY  10036<br>Tel.:  (212) 248-3140<br>Brian.Morgan@faegredrinker.com<br><br>*Attorneys for Plaintiff Spire Global Subsidiary, Inc.* |