

Sylvia E. Simson
T +1 212.801.9275
sylvia.simson@gtlaw.com

May 4, 2026

**VIA ECF**

Hon. Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Spire Global Subsidiary, Inc. v. NorthStar Earth & Space, Inc.*, Case No. 1:24-cv-08434-JHR-SLC (S.D.N.Y.)—Seventh Joint Report on the Status of Arbitration

Dear Judge Cave:

We represent Defendant NorthStar Earth & Space Inc. ("NorthStar") in the above-captioned matter. Pursuant to Your Honor's Opinion and Order (ECF No. 38) ("Order") compelling Plaintiff Spire Global Subsidiary, Inc. ("Spire") to arbitrate the disputes raised in its motion for summary judgment in lieu of complaint, we write on behalf of both NorthStar and Spire to report to the Court on the status of arbitration.

The evidentiary hearing before the arbitral tribunal was held from January 19 through January 23, 2026. Spire's claim under the promissory note was heard with the parties' other claims. The parties completed post-hearing briefing in March and April 2026, and oral closing argument was held on April 28, 2026.

We thank the Court for its attention to this matter and will continue to keep the Court apprised of developments in the arbitration.

Respectfully submitted,

*/s/ Sylvia E. Simson*

Sylvia E. Simson

cc:    All Counsel of Record (*via ECF*)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200