GreenbergTraurig

Sylvia E. Simson
T +1 212.801.9275
sylvia.simson@gtlaw.com

September 4, 2026

**VIA ECF**

Hon. Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Spire Global Subsidiary, Inc. v. NorthStar Earth & Space, Inc.*, Case No. 1:24-cv-08434-JHR-SLC (S.D.N.Y.)—Ninth Joint Report on the Status of Arbitration

Dear Judge Cave:

We represent Defendant NorthStar Earth & Space Inc. ("NorthStar") in the above-captioned matter. Pursuant to Your Honor's Opinion and Order (ECF No. 38) ("Order") compelling Plaintiff Spire Global Subsidiary, Inc. ("Spire") to arbitrate the disputes raised in its motion for summary judgment in lieu of complaint, we write on behalf of both NorthStar and Spire to report to the Court on the status of arbitration.

The arbitral tribunal issued its Final Award on July 31, 2026. On August 31, 2026, NorthStar filed an application seeking correction and interpretation of the Final Award under Article 36(2) of the ICC Rules of Arbitration (2021). That application remains pending.

We thank the Court for its attention to this matter and will continue to keep the Court apprised of developments in the arbitration.

Respectfully submitted,

*/s/ Sylvia E. Simson*

Sylvia E. Simson

cc: All Counsel of Record (*via ECF*)